# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-10846 |
| THE ROMAN CATHOLIC ) | |
| CHURCH OF THE ) | Section "A" |
| ARCHDIOCESE OF NEW ) | |
| ORLEANS ) | Chapter 11 |
| Debtor. ) | |

## NOTICE OF APPEAL ON BEHALF OF RICHARD TRAHANT

### [Relates to Rec. Doc. 1844]

NOW COMES Richard C. Trahant who files this *Notice of Appeal* pursuant to Federal Rules of Bankruptcy Procedure 8001 and 8002.

1. Mr. Trahant hereby appeals the Bankruptcy Court's October 11, 2022, *Order* [Rec. Doc. 1844], and any adverse interlocutory orders and rulings prejudicial to Mr. Trahant.

2. The names of all potential "parties" to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| *The Official Committee of Unsecured Creditors* <br> Omer F. Kuebel, III <br> Brad Knapp <br> Locke Lord LLP <br> 601 Poydras Street, Suite 2660 <br> New Orleans, Louisiana 70130-6036 <br> Telephone: (504) 558-5111 <br> Facsimile: (504) 558-5200 <br> bknapp@lockelord.com <br> rkuebel@lockelord.com | James I. Stang <br> Linda F. Cantor <br> Pachulski Stang Ziehl & Jones LLP <br> 10100 Santa Monica Blvd., Suite 1300 <br> Los Angeles, CA 90067 <br> Telephone: (310)-277-6910 <br> Facsimile: (310)-201-0760 <br> jstang@pszjlaw.com <br> lcantor@pszjlaw.com |

| | |
|---|---|
| *The Roman Catholic Church of the Archdiocese of New Orleans*<br><br>R. Patrick Vance<br>Elizabeth J. Futrell<br>Mark A. Mintz<br>Laura F. Ashley<br>Jones Walker LLP<br>201 St. Charles Avenue, 51st Floor<br>New Orleans, LA 70170<br>Telephone: (504) 582-8000<br>Facsimile: (504) 589-8260<br>pvance@joneswalker.com<br>efutrell@joneswalker.com<br>mmintz@joneswalker.com<br>lashley@joneswalker.com | *The Apostolates*<br><br>Douglas S. Draper<br>Leslie A. Collins<br>Michael E. Landis<br>Heller, Draper & Horn, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, LA 70130-6103<br>Telephone: 504.299.3300<br>Fax: 504.299.3399<br>ddraper@hellerdraper.com<br>lcollins@hellerdraper.com<br>mlandis@hellerdraper.com |
| *Office of the U.S. Trustee*<br><br>AMANDA BURNETTE GEORGE<br>400 Poydras Street, Suite 2110<br>New Orleans, LA 70130<br>Telephone no. (504) 589-4018<br>Fax no. (504) 589-4096<br>Amanda.B.George@usdoj.gov | |

3.  Mr. Trahant elects to have the appeal heard by the United States District Court and will shortly be seeking approval of his appeal bond.

WHEREFORE Richard Trahant respectfully requests that the appeal and its record be designated and transmitted before the District Court.

Dated: October 21, 2022.

                                                  */s/ Jack E. Morris*
                                                _____
                                                JACK E. MORRIS (La. Bar No. 22539)
                                                JACK E. MORRIS, ATTORNEY AT LAW, LLC
                                                4051 Veterans Boulevard, Suite 208
                                                Metairie, Louisiana 70002
                                                (504) 454-2769
                                                **jem@jemorrislaw.com**

-And-

PAUL M. STERBCOW (#17817)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
(504) 588-1500 Telephone
(504) 588-1514 Facsimile
sterbcow@lksalaw.com

## **CERTIFICATE OF SERVICE**

I hereby caused a copy of the foregoing *Notice of Appeal* to be served on October 21, 2022 upon all parties by electronic case filing for those parties receiving notice via the Court's Electronic Case Filing system, and on all other parties requiring service under the Court's Ex Parte Order Authorizing the Debtor to Limit Notice and Establishing Notice Procedures through the Master Service List via first-class United States mail, postage prepaid, to be sent on October 21, 2022.

/s/*Jack E. Morris*