

United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building, Suite B-601

| Denise Fredricks | 500 Poydras Street | Telephone: (504) 589-7878 |
| Clerk of Court | New Orleans, Louisiana 70130 | FAX: (504) 589-7849 |

October 24, 2022

Ms. Carol Michel
United States District Court
Eastern District of Louisiana
500 Camp Street, Room 151
New Orleans, Louisiana 70130

## NOTICE OF APPEAL

Case Name: The Roman Catholic Church for the Archdiocese of New Orleans

Case No.: 20-10846

Dear Ms. Michel,

A Notice of Appeal (USBC Doc 1853) has been filed with this court in the above referenced Bankruptcy case. A copy of the Notice of Appeal, Order appealed (USBC Doc 1844), and complete docket sheet are included in this email transmission. We will transmit the complete record to you once all designations of record are filed.

Previous appeals filed in this bankruptcy case: 21-cv-1573 T(3), 22-cv-1738 T(3), 22-cv-1740 T(3), and 22-cv-1996 T(3).

Please return a "Received" stamped copy of this transmittal letter by email reply, including the civil action number, to our court to acknowledge receipt.

Thank you for your assistance.

Sincerely,

*Denise Fredricks*

Denise Fredricks

By:   s/ Heather Rouchon

DEPUTY CLERK