

| | United States Bankruptcy Court | |
|---|---|---|
| | Eastern District of Louisiana | |
| | Hale Boggs Federal Building, Suite B-601 | |
| Denise Fredricks | 500 Poydras Street | Telephone: (504) 589-7878 |
| Clerk of Court | New Orleans, Louisiana  70130 | FAX: (504) 589-7849 |

December 5, 2022

Ms. Carol Michel
United States District Court
Eastern District of Louisiana
500 Camp Street, Room 151
New Orleans, Louisiana 70130

## COMPLETE RECORD ON APPEAL / Transmittal

Case Name: The Roman Catholic Church for the Archdiocese of New Orleans

U.S.B.C. Case No.: 20-10846

U.S.D.C. No.: 22-cv-4101 T(3)

Dear Ms. Michel,

The following PDF documents will be transmitted via CD to District Court Intake Counter:

- Appellant Designation List
- Appellant Designated Documents
- Appellant SEALED Documents
- Debtors Designation List
- Debtors Designated Documents from USBC Docket
- Debtors SEALED Documents

Thank you for your assistance.

Sincerely,

*Denise Fredricks*

Denise Fredricks

By:   s/ Heather Rouchon
      DEPUTY CLERK